DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WALTER TORRES-MENJIVAR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2661

_____

June 7, 2024

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.